# AFFIDAVIT OF SERVICE




| COURT: | INDEX#: 14 CV 5808 |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | DATE PURCHASED: |

**PLAINTIFF/PETITIONER:**
DR. JAMES WITTIG

**DEFENDANT/RESPONDENT(S):**
MOUNT SINAI MEDICAL CENTER INC.

**DOCUMENTS:**
SUMMONS VERIFIED COMPLAINT VERIFICATION

STATE OF NEW YORK : COUNTY OF QUEENS
Shawn P Geed, the undersigned, being duly sworn, deposes and says:

On 08/05/2014 at 9:19 AM, at ONE GUSTAVE L. LEVY PLACE, NEW YORK, NY 10029, deponent served the within SUMMONS VERIFIED COMPLAINT VERIFICATION on MOUNT SINAI MEDICAL CENTER in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with MOUNT SINAI MEDICAL CENTER a true copy of the aforementioned documents. The deponent knew the person served to be the GENERAL AGENT, Marie Jean, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Female - Skin: Brown - Hair: Black - Age: 40 - Height: 5ft2in - Weight: 141-160lbs

Sworn to and subscribed before me on
08/06/2014

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/15

X_____
Shawn P Geed
License#: 1453392

Atty#: 20140801105547

OPTIONAL GPS LOG:

Guaranteed Subpoena, 2009 Morris Avenue, Union, NJ, 07083
NOAH SHUBE ESQ.,,,