Hallerstein, a.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

DR. JAMES WITTIG

                Plaintiff,

    -against-

MOUNT SINAI MEDICAL CENTER, INC.,

                Defendant.

------------------------------------------------------------ x

Index No. 14 Civ. 5808 (AKH)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED that the time within which Defendant Icahn School of Medicine at Mount Sinai, incorrectly sued herein as Mount Sinai Medical Center, Inc., may serve and file an answer or motion in response to Plaintiff James Wittig's Complaint is hereby extended up to and including September 22, 2014. Faxed signatures on this Stipulation are hereby deemed originals.

Dated: New York, New York
August __, 2014

By: _____
Bettina B. Plevan, Esq.
Harris M. Mufson, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
*Attorneys for Defendant*

By: _____
Noah Shube, Esq.
The Law Offices of Noah Shube
434 Broadway, 6th Floor
New York, NY 10013
(212) 274-8638
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J

Date: 8/20/14